Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

20 CV 6026 EAW

FILED JAN 09 2020
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

A. **Full Name And Prisoner Number of Plaintiff**: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Ryan James Reeder Din# 19B1469
2. _____

-VS-

B. **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Brian D. Dennis
2. James B. Ritts
3. William J. Hart
4. Steven Vine
5. Michael Strohm
6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Ryan James Reeder Din# 19B1469

Present Place of Confinement & Address: Attica Correctional Facility, 639 Exchange Street, Attica, NY 14011-9647

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

DEFENDANT'S INFORMATION NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Honorable Brian D. Dennis

(If applicable) Official Position of Defendant: Ontario County Superior Court Judge

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 27 North Main Street, 1st Floor Room 130, Canandaigua, NY 14424

Name of Defendant: James B. Ritts (DA)

(If applicable) Official Position of Defendant: Ontario County District Attorney

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 27 North Main Street, District Attorneys office, Canandaigua, NY 14424

Name of Defendant: William J. Hart (ADA)

(If applicable) Official Position of Defendant: Assistant District Attorney, Geneva City Court

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 27 North Main Street, District Attorneys office, Canandaigua, NY 14424

✱ Continued with 2 more Defendant on seperate sheet ✱

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes___ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____
   _____

2. Court (if federal court, name the district; if state court, name the county):_____
   _____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

2

Defendants Information Continued

Name of Defendant: Detective Steven Vine
Official Position of Defendant: Detective, Narcotics Division, Geneva Police Dept.
Defendant is Sued in ✓ Individual and/or ✓ Official capacity
Address of Defendant: Geneva Police Dept, Detective Steven Vine, 255 Exchange Street, Geneva, NY 14456

---

Name of Defendant: Investigator Michael Strohm
Official Position of Defendant: Investigator, Seneca County Sheriff's Dept.
Defendant is Sued in ✓ Individual and/or ✓ Official capacity
Address of Defendant: Seneca County Sheriff's Dept. 6150 State Route 96, Romulus, NY 14541

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

        ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

            ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ____ By court for failure to exhaust administrative remedies;

            ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ____ By court due to your voluntary withdrawal of claim;

        ____ <u>Judgment</u> upon motion or after trial entered for

            ____ plaintiff

            ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes____ No ✓

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2. District Court:_____
3. Docket Number:_____
4. Name of District or Magistrate Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____
6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) August 1, 2018 (Dismissal) 10/10/17 to 3/13/18 (Confined), defendant (give the **name and position held** of **each defendant** involved in this incident) Honorable Brian D. Dennis, Superior Court Judge of Ontario County Court

did the following to me (briefly state what each defendant named above did): Either willingly and intentionally dismiss my case under false pretenses so as to not ruin probable cause for a case that arose from the stop on 10/10/17 with which I was arrested on these charges. Judge Dennis failed to preside over this case and perform his due dilligence creating a negligent environment which kept me wrongfully and unlawfully confined from 10/10/17 to 3/13/18

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Violation of Due Process, Abuse of Process, Judicial misconduct, wrongful and unlawful confinement

The relief I am seeking for this claim is (briefly state the relief sought): I would like the facts of my case investigated and I would like $250,000.00 in damages, (pain and suffering, loss of wages), Child Support Arrears

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes ✓ No  If yes, what was the result? _____

Did you appeal that decision? _____ Yes ✓ No  If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: This case was eventually dismissed after 10 months under false pretenses

A. **SECOND CLAIM:** On (date of the incident) _____,
defendant (give the **name and position held** of **each defendant** involved in this incident) District Attorney James B. Ritts, Ontario County District Attorney

5

did the following to me (briefly state what each defendant named above did): Did knowingly or intentionally try to prosecute me for a case with which there was no evidence to support the charges. It is also possible he was just negligent in his duties which denied my due process. DA Ritts did discriminate against me because of a case in 2014 which I had dismissed and therefore demanded revenge or retribution in his eyes. DA Ritts was malicious in his persuit of this case from the beginning. I was incarcerated from 10/10/17 until 3/13/18 on these false charges. Case was dismissed on August 1, 2018

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Malicious Prosecution, Negligence, Unlawful and wrongful confinement, Due Process and/or Abuse of Process.

The relief I am seeking for this claim is (briefly state the relief sought): I would like the facts of this case investigated and $250,000.00 in damages awarded. (Pain and suffering, loss of wages), Child support Arrears

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes ✓ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes ✓ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Case was dismissed but under false pretenses to save probable cause for another case.

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I am seeking an investigation into all of the defendants actions in These matters, ongoing and past alike. I am also seeking $250,000.00 in damages from EACH of the defendants

Do you want a jury trial? Yes ✓ No ____

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ~~12~~ 12/8/19
               (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

                                             */s/ Ryan James Rhelda*

                                             Signature(s) of Plaintiff(s)

A. **3rd Claim:** On (date of the incident) 10/16/17 and 10/22/17 defendant (give the name and position held of each defendant involved in this incident) William J. Hart, Assistant District Attorney of Ontario County, Geneva City Court

did the following to me: On these 2 dates referenced above, deny me a preliminary hearing that would have, if given, been be instrument in my release from custody as there was no evidence to support the cases being sent to the grand jury and would have stopped me from being indicted on crimes I did not commit. As a result I was wrongfully and unlawfully detained, held against my will, and confined from 10/10/17 to 3/13/18. These cases was dismissed August, 1 2018 because there was no evidence to support such charge.

THE CONSTITUTIONAL basis for this claim under 42 u.s.c §1983 is: Abuse of process, violation of Due process, malicious prosecution, wrongful and unlawful confinement

The relief I am seeking for this claim is: I would like a formal investigation for this matter and $250,000.00 in Damages

Exhaustion of YOUR Administrative Remedies:
Did you grieve or appeal this claim? ___ YES X NO    If yes, what result?

Did you appeal that decision?    YES X NO  If yes to what result?

Attach copies of documents proving exhaustion of claim

IF you did not exhaust your administrative remedies, state why you did not do so: Case was dismissed under false pretenses and I was in the process of retaining legal counsel for filing claim when I was targeted again and confined unlawfully and wrongfully.

A. <u>4th</u> Claim: On (date of the incident) 10/10/17 (Date of Arrest) 9/7/17 and 9/8/17 (alleged sales) defendant (give the name and position held of each defendant involved in this incident) Detective Steven Vine, Detective of Geneva Police Department, Ontario County

did the following to me: Intentionally and maliciously falsely arrest me and fabricate evidence and testimony that lead to my wrongful and unlawful confinement from 10/10/17 to 3/13/18. Detective Vine manipulated the court with claim of evidence with which there was none and testimony that was untruthful so as to keep me confined under false pretenses and also lead to a conviction in Seneca County, that case is still under Direct Appeal.

THE CONSTITUTIONAL basis for this claim under 42 u.s.c §1983 is: False Arrest, Violation of Due Process, Abuse of Process, Police Misconduct

The relief I am seeking for this claim is: I would like a formal investigation on this matter and $250,000.00 in damages

Exhaustion of YOUR Administrative Remedies:
Did you grieve or appeal this claim? ___ YES _X_ NO    If yes, what result?

Did you appeal that decision?  ___ YES _X_ NO  If yes to what result?

Attach copies of documents proving exhaustion of claim

IF you did not exhaust your administrative remedies, state why you did not do so: Case was dismissed Aug 1, 2018 under false pretenses. I was in the process of retaining legal counsel for filing a claim in the court of claims when I was targeted once again and confined again for crimes that did not fit the charges.

A. 5th Claim: On (date of the incident) 10/10/17 (Arrest Date) 9/8/17 and 9/7/17 (Alleged crimes) defendant (give the name and position held of each defendant involved in this incident) Investigator Michael Strohm, Investigator for Seneca County Sheriffs Department

did the following to me: Did intentionally and Maliciously Make false claims and falsely Arrest me and fabricate evidence and eye witness testimony that kept me confined from 10/10/17 to 3/13/18. Investigator Strohm lied, manipulated the Courts due process and my Due process. Investigator Strohm withheld evidence of a so called investigation because it was Exculpatory in nature and would have proved my testimony and claim of how the events really happened.

THE CONSTITUTIONAL basis for this claim, under 42 u.s.c §1983 is: Violation of Due Process, False Arrest, Abuse of Process, Police Misconduct

The relief I am seeking for this claim is: I would like this Situation investigated and $250,000.00 in Damages from Investigator Strohm.

Exhaustion of YOUR Administrative Remedies:
Did you grieve or appeal this claim? YES  NO ✗    If yes, what result?

Did you appeal that decision? YES ✗NO  If yes to what result?

Attach copies of documents proving exhaustion of claim

IF you did not exhaust your administrative remedies, state why you did not do so: Case was dismissed under false pretenses Aug 1, 2018. I was in the middle of trying to retain Counsel for a claim against this individual when he went out of his way to target me and wrongfully confined me once again.