United States District Court
Western District of New York

Ryan James Reeder, 19B1469
        Plaintiff

v.

Detective Steven Vine and
Investigator Michael Strohm,
        Defendants

Notice of Motion
Assignment of Counsel
"RELIEF"

6:20-CV-06026EAW

    PLEASE TAKE NOTICE, that upon the annexed affadavit, I Ryan James Reeder, an inmate a Groveland Correctional Facility, Din # 19B1469, will move this Court, The United States District Court, Western District of New York at 2120 US Courthouse, 100 State Street, Rochester, NY 14614, for an order granting me assignment of counsel as I am acting pro sé and have already been granted En forma pauperis (poor person) status, and for whatever such further relief may deem just and proper by the Court.

Dated: May 16, 2022

Ryan James Reeder
19B1469
Groveland Correctional Facility
7000 Sonyea Road - PO Box 50
Sonyea, NY 14556-0050