United States District Court
Western District of New York

Ryan James Reeder, 19B1469
    Plaintiff

v.

Detective Steven Vine and
Investigator Michael Strohm,
    Defendants

Affadavit in Support of Assignment of Counsel
"RELIEF"
6:20-CV-06026 EAW

I, Ryan James Reeder, Din # 19B1469, an inmate at Groveland Correctional Facility, being duly sworn, deposes and says:

1. I hereby apply to the United States District Court, Western District of New York, located at 2120 US Courthouse, 100 State Street, in Rochester, NY 14614, for Assignment of legal Counsel to assist me with my 42 USC 1983 Federal Civil Rights lawsuit persuant to rule 83.1 of the Rules for Civil Procedure.

2. I, the plaintiff, believe the Court should grant my Motion for the following reasons:

A. On August 24, 2020 an order on my request to proceed In Forma Pauperis was GRANTED. At that time the order was granted I supplied

the court with the financial disclosure information to support the motion.

B. I am an inmate at Groveland Correctional Facility, and as such, do not have the ability or means to locate particular witnesses for the Affadavits that are required to support my opposition to the Summary Judgement requested by the defendants. I can only rely on outside help from family to do so which places a substantial burden of responsibility on them. Having legal Counsel to assist with this would make the task substantially easier and level the playing field so as to speak as defense Counsel has various avenue's to explore at their disposal, and plenty of assistance.

C. I, the Plaintiff, suffer from multiple psychiatric diagnosis'. My diagnosis' are Post Traumatic Stress Disorder, Anxiety Disorder, Depressive Disorder, Attention Deficit Disorder, and multiple Substance Abuse Disorder that have been diagnosed and verified by multiple Mental Health professionals including 3 seperate Psychiatrist's prior to incarceration and even including my incarceration while at both Ontario

County Jail and Seneca County Jail where my diagnosis' were verified and treated accordingly. Since my entry into the State Correctional Institutions, my diagnosis' have been ignored as well as my treatment with medications that assist me in properly functioning. I have recently had to file an Article 78 proceeding on my own behalf (pro se) to address the lack of Mental health treatment and assistance in these facilities. I have provided a copy of this Article 78 to send along with this Motion and Affidavit labeled Exhibit A. I do not however, have access to the diagnosis' and treatment documents at this time, but I have requested them multiple times. Because of my disabilities it is difficult for me to concentrate, sleep, remain on task, and I am prone to severe Anxiety Attacks as I am totally unmedicated and untreated due to NO FAULT of my own.

D. I, the Plaintiff, have been up until this point, representing myself Pro Se but have difficulty doing so because of the afore mentioned Mental Health issues. I have very little if any legal experience especially in the area of litigation,

Collecting evidence or Affadavits, subpoena's, and oral arguments. Having Legal Counsel will help to assist me with legal manuevering.

Whereas, I, the Plaintiff, Ryan James Reeder, Din # 19B1469, respectfully request that the United States District Court, Western District of New York please Grant my Motion for Assigned Counsel and Any other reasonable "relief" the Court deems just and appropriate.

Respectfully,
Ryan James Reeder

*Ryan James [signature]*

Din # 19B1469
Groveland Correctional Facility
7000 Sonyea Road - PO Box 50
Sonyea, NY 14556-0050

Sworn to before me this
16th day of May, 2022

*S. Lee Wolcott [signature]*
Notary Public / Commissioner of Deeds

S. LEE WOLCOTT
Notary Public, State of New York
Reg. No. 01WO6416527
Qualified in Livingston County
Commission Expires 04/19/2025